Gary Glenn ROBERTS, Petitioner–
Appellant,

v.

Gene M. JOHNSON, Director of the
Virginia Department of Corrections, Respondent–Appellee.

No. 03–6050.

United States Court of Appeals,
Fourth Circuit.

Submitted March 20, 2003.

Decided March 28, 2003.

Gary Glenn Roberts, Appellant Pro Se. Stephen R. McCullough, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Gary Glenn Roberts seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently reviewed the record and conclude that Roberts has not made a substantial showing of the denial of a constitutional right. *See Miller-El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). According-

ly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*